# IN THE UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER N. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: |
| ) | |
| RICHARD K. RICHARDSON, and ) | |
| ROCKING C TRUCK LINES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

COME NOW the Defendants, Richard K. Richardson and Rocking C Truck Lines, Inc., the only named Defendants in the Complaint, and pursuant to 28 U.S.C. § 1441(a) files this Notice of Removal and hereby removes this action to this Court from the Circuit Court of Jefferson County, Alabama. In support of this Notice of Removal, Defendants state as follows:

1. This is a civil action filed in the Circuit Court of Jefferson County whereby the Plaintiff claims that the Defendants were guilty of negligence, wantonness, and negligent or other improper conduct causing a motor vehicle accident to occur in Jefferson County, Alabama on or about November 22, 2021. In his Complaint, the Plaintiff claims both compensatory damages, and/or punitive damages.

2. This action was commenced by the Plaintiff filing a Complaint in the

Circuit Court of Jefferson County on or about June 28, 2022. The Defendant Rocking C Truck Lines, Inc. was served on or about July 5, 2022. A true and correct copy of the original Complaint and all other pleadings served upon the Defendant Rocking C Trucking, and which will be served on the Defendant Richard K. Richardson are attached hereto and marked as Exhibit A. Service on Defendant Richardson is being accepted.

3. This action was served upon Defendant Rocking C Truck Lines on July 5, 2022 and removal of this case is being done within 30 days from the date of service of process on that named Defendant.

4. This action is removable under 28 U.S.C. § 1441(a) because it is a civil action over which this Court has original diversity jurisdiction under the provisions of 28 U.S.C. § 1332.

5. There exists complete diversity of citizenship between the Plaintiff and the Defendants. The Plaintiff is a resident citizen of Jefferson County, Alabama. The Defendant, Rocking C Truck Lines, Inc. is a Mississippi corporation with its principal place of business located in Gulfport, Mississippi. The Defendant Richard K. Richardson is a resident citizen of Pass Christian, Mississippi and as such both of these Defendants are resident citizens of a state other than the State of Alabama.

6. While the Complaint, as originally filed, does not state a specific

amount of damages being claimed, Plaintiff is claiming both compensatory and punitive damages. Plaintiff has made a settlement demand upon the Defendants, through its insurance carrier, in the amount of $500,000 for the injuries sustained as a result of this accident. In addition to a claim of compensatory damages, there is also a claim for punitive damages as there is an allegation that the Defendant was guilty of wanton misconduct. A copy of Plaintiff's settlement demand letter is attached hereto as Exhibit B reflecting the amount in controversy to be in excess of the sum of $75,000.

7. Defendants deny they were guilty of any negligence, wantonness or other misconduct which would entitle the Plaintiff to recover any damages but it is evident that the Plaintiff prevails in his claim that the recovery reasonably would exceed the required jurisdiction amount of $75,000 considering the settlement demand is in excess of that sum, that makes the amount in controversy well in excess of the sum of $75,000.

8. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) in that it this Notice of Removal is being filed within thirty (30) days after the Defendant's Rocking C Truck Lines, Inc. receipt of the Complaint.

9. Written notice of filing of this Notice of Removal is being sent to the Plaintiff's attorney, being the only adverse party. A Notice of Notice of Removal is being filed with the Clerk of the Circuit Court of Jefferson County, Alabama as

provided by 28 U.S.C. §1446(d).

10. The undersigned has read this Notice of Removal and to the best of the undersigned's knowledge, information, and belief, formed after a reasonable inquiry, the undersigned represents that this Notice of Removal is well grounded in fact as well as warranted by existing law. The undersigned certifies that this Notice of Removal is not being interposed for any improper purposes such as to cause unnecessary delay, or a needless increase in the cost of litigation.

Done this the 14 day of July 2022.

/s/ Jay Clark
John W. Clark, Jr.
ASB-2581-c61j

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14 day of July, 2022, the foregoing was mailed to the U.S. District Court for the Northern District of Alabama, Northern Division for filing. I hereby certify that on that same day, participants to whom the foregoing is due will have a copy of same placed in the United States mail, first class postage prepaid and properly addressed this same day.

Jonathan L. Brogdon
Wettermark Keith
100 Grandview Parkway, Suite 530
Birmingham, AL 35243
205-933-9500

/s/ Jay Clark
Of Counsel