FILED
2022 Jul-15 AM 08:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

DOCUMENT 3



AlaFile E-Notice

01-CV-2022-901877.00

To: ROCKING C TRUCK LINES, INC
C/O VERNON A. CLARK
10040 CANAL ROAD
GULFPORT, MS, 39505

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

CHRISTOPHER N. JONES V. RICHARD K. RICHARDSON ET AL
01-CV-2022-901877.00

The following complaint was FILED on 6/28/2022 11:45:11 AM

Notice Date:   6/28/2022 11:45:11 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-901877.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### CHRISTOPHER N. JONES V. RICHARD K. RICHARDSON ET AL

**NOTICE TO:** ROCKING C TRUCK LINES, INC, C/O VERNON A. CLARK 10040 CANAL ROAD, GULFPORT, MS 39505

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JONATHAN LYN BROGDON

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 100 Grandview Place, Suite 530, Birmingham, AL 35243

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CHRISTOPHER N. JONES
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 06/28/2022 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ JONATHAN LYN BROGDON
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____

*(Name of Person Served)*   *(Name of County)*   *(Date)*

*(Address of Server)*

*(Type of Process Server)*   *(Server's Signature)*

*(Server's Printed Name)*   *(Phone Number of Server)*

DOCUMENT 1

**ELECTRONICALLY FILED**
6/28/2022 11:45 AM
01-CV-2022-901877.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>01<br>Date of Filing: 06/28/2022  Judge Code: |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### CHRISTOPHER N. JONES v. RICHARD K. RICHARDSON ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** BRO211    6/28/2022 11:45:51 AM    /s/ JONATHAN LYN BROGDON
Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

DOCUMENT 2


ELECTRONICALLY FILED
6/28/2022 11:45 AM
01-CV-2022-901877.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### BIRMINGHAM DIVISION

| | |
|---|---|
| **CHRISTOPHER N. JONES,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: _____ |
| **RICHARD K. RICHARDSON, and ROCKING C TRUCK LINES, INC.,** | ) ) ) ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff Christopher N. Jones, by and through his undersigned counsel of record, and hereby files this civil action for negligence and wantonness for injuries he sustained in connection with a motor vehicle/trucking wreck on November 22, 2021.

### Parties and Venue

1. Plaintiff Christopher N. Jones (hereinafter referred to as "Jones" or "Plaintiff") is an adult resident citizen of Trussville, Jefferson County, Alabama. At all times relevant to this Complaint, Jones was the owner and operator of a 2021 Jeep Wrangler involved in the incident made the basis of this action.

2. Defendant Richard K. Richardson (hereinafter "Defendant Richardson") is, upon information and belief, an adult resident citizen of Pass Christian, Harrison County, Mississippi. At all times relevant to the Complaint, upon information and belief Defendant Richardson was the operator of the 2016 Mack Tractor Trailer involved in the incident made the basis of this action.

3. Defendant Rocking C Truck Lines, Inc. (hereinafter "Rocking C"), is, upon information and belief, a Mississippi corporation that owns and/or operates tractor trailers involved in interstate commerce. Upon further information and belief, Defendant Rocking C owned the tractor trailer being driven by Defendant Richardson and was the employer of Defendant Richardson at the time of the incident made the basis of this action.

4. Venue is property in this matter as the incident made the basis of this action occurred in the Birmingham Division of Jefferson County, Alabama.

## Factual Allegations

5. On or about November 22, 2021, Plaintiff was travelling northbound on Interstate 459 in Jefferson County, Alabama between the exits for Grants Mill Road and Interstate 20.

6. At the same time, Defendant Richardson was driving the 2016 Mack Tractor Trailer owned by Defendant Rocking C in the same direction.

7. Upon information and belief, at the time of the incident, Defendant Richardson was an employee of Rocking C and was acting within the line and scope of that employment.

8. Plaintiff stopped in the right lane of 459 due to traffic stopping ahead of him.

9. In violation of the Rules of the Road and other statutes applicable to the operation of commercial vehicles, Defendant Richardson admitted to texting on his cellular telephone immediately prior to the collision and he caused/allowed/failed to prevent his tractor trailer to slam in to the rear of Plaintiff's vehicle.

10. Upon information and belief, Defendant Rocking C was negligent and/or wanton in its hiring, training, and supervision of Defendant Richardson in that Defendant Richardson was not qualified to operate the tractor trailer owned by Defendant Rocking C and Rocking C either knew or should have known of his lack of qualifications.

2

11. As a result of the acts and/or omissions of the above-described Defendants, Plaintiff was injured and damaged as follows:

   (a) Plaintiff suffered injuries to various portions of his body, including but not limited to: head, wrist, back and hand;

   (b) Plaintiff has experienced and continues to experience pain and suffering and is reasonably certain to experience pain and suffering in the future;

   (c) Plaintiff has experienced and continues to experience mental anguish;

   (d) Plaintiff is reasonably certain to experience mental anguish in the future;

   (e) Plaintiff was knocked, shocked, bruised and contused over various portions of his body;

   (f) Plaintiff was permanently injured, disfigured and damaged;

   (g) Plaintiff was caused to incur personal injury medical expenses for treatment from various doctors, physicians, and hospitals;

   (h) Plaintiff was caused to incur out-of-pocket medical expenses;

   (i) Plaintiff is reasonably certain to incur personal injury medical expenses in the future;

   (j) Plaintiff was caused to suffer both past and future lost wages, loss of income, loss of earnings capacity, and lost employment benefits; and

   (k) Plaintiff's motor vehicle was damaged and diminished in value.

## Count I
### Negligence/Wantonness of Defendant Richardson

12. Plaintiff re-alleges all preceding paragraphs of the Complaint as if fully set forth herein.

13. At the aforesaid time and place, Defendant Richardson negligently and/or wantonly caused and/or allowed a tractor trailer to collide with a motor vehicle driven by the Plaintiff. Specifically, Defendant Richardson was negligent and/or wanton in texting while driving a

commercial vehicle. Said negligent and/or wanton conduct was a proximate cause of the Plaintiff's injuries and damages described above in paragraph eleven (11).

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant Richardson for general and compensatory damages that the court may determine, together with interest from the date of the injury plus the costs of this action. Further, Plaintiff requests that the jury selected to hear this case render a verdict for punitive damages to Plaintiff in an amount which will adequately reflect the enormity of Defendant Richardson's wrongful act and which will effectively prevent other similar wrongful acts.

## Count II
## Respondeat Superior

14. Plaintiff re-alleges all preceding paragraphs of this Complaint as if fully set forth herein.

15. At the time and place of the incident made the basis of this suit, Defendant Richardson was operating a motor vehicle in the line and scope of his employment for Defendant Rocking C. As such, Defendant Richardson was an agent and/or employee of Defendant Rocking C. Defendant Rocking C was the master or principal of Defendant Richardson and vicariously liable for his actions. Said negligent and/or wanton conduct was a proximate cause of the Plaintiff's injuries and damages described above in paragraph eleven (11).

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant Rocking C for general and compensatory damages that the court may determine, together with interest from the date of the injury plus the costs of this action. Further, Plaintiff requests that the jury selected to hear this case render a verdict for Plaintiff for punitive damages in an amount which will adequately reflect the enormity of the Defendant Rocking C's wrongful act and which will effectively prevent other similar wrongful acts.

4

## Count III
### Negligence/Wanton Maintenance, Operation, Service and/or Repair of Defendant Rocking C

16. Plaintiff re-alleges all preceding paragraphs of this Complaint as if fully set forth herein.

17. At the aforesaid time and place, and for some time prior thereto, Defendant Rocking C was the owner, lessor, and/or lessee of said motor vehicle driven by Defendant Richardson, and as such, had the authority to supervise the maintenance, operation, service and repair of said commercial motor vehicle. Defendant Rocking C negligently or wantonly exercised or failed to exercise said supervisory control over the maintenance, operation, service and/or repair of said commercial motor vehicle. Said negligent and/or wanton conduct was a proximate cause of the Plaintiff's injuries and damages described above in paragraph eleven (11).

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant Rocking C for general and compensatory damages that the court may determine, together with interest from the date of the injury plus the costs of this action. Further, Plaintiff requests that the jury selected to hear this case render a verdict for Plaintiff and that it award punitive damages to Plaintiff in an amount which will adequately reflect the enormity of the Defendant Rocking C's wrongful act and which will effectively prevent other similar wrongful acts.

## Count IV
### Negligent/Wanton Hiring, Training, Supervision and/or Retention of Defendant Rocking C

18. Plaintiff re-alleges all preceding paragraphs of this Complaint as if fully set forth herein.

19. At the aforesaid time and place, and for some time prior thereto, Defendant Rocking C had the supervisory authority and was charged with the hiring, training, supervising, and retention of its agents, employees, and/or motor vehicle drivers, including Defendant Richardson. Defendant

5

Rocking C negligently and/or wantonly exercised or failed to hire, train, supervise, and retain its motor vehicle drivers, including Defendant Gower. Said negligent and/or wanton conduct was a proximate cause of the Plaintiff's injuries and damages described above in paragraph eleven (11).

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant Rocking C for general and compensatory damages that the court may determine, together with interest from the date of the injury plus the costs of this action. Further, Plaintiff requests that the jury selected to hear this case render a verdict for Plaintiff and that it award punitive damages to Plaintiff in an amount which will adequately reflect the enormity of the Defendant Rocking C's wrongful act and which will effectively prevent other similar wrongful acts.

## Count V
### Negligent/Wanton Entrustment of Defendant Rocking C

20. Plaintiff re-alleges all preceding paragraphs of this Complaint as if fully set forth herein.

21. On or about November 22, 2021, the Defendant Rocking C, was the owner of and had the right of control over the use of the commercial motor vehicle driven by Defendant Richardson. Defendant Rocking C negligently and/or wantonly entrusted said vehicle to Defendant Richardson, who negligently and/or wantonly operated said vehicle injuring the Plaintiff. Defendant Rocking C entrusted said vehicle to Defendant Richardson, and is therefore liable to the Plaintiff. Said negligent and/or wanton conduct was a proximate cause of the Plaintiff's injuries and damages described above in paragraph eleven (11).

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant Rocking C for general and compensatory damages that the court may determine, together with interest from the date of the injury plus the costs of this action. Further, Plaintiff requests that the jury selected to hear this case render a verdict for Plaintiff and that it award

punitive damages to Plaintiff in an amount which will adequately reflect the enormity of the Defendant Rocking C's wrongful act and which will effectively prevent other similar wrongful acts.

## PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY

Respectfully submitted,

/s/ *Jonathan L. Brogdon*
Jonathan L. Brogdon (BRO211)
E-mail: jbrogdon@wkfirm.com

**Of Counsel:**

WETTERMARK KEITH
100 Grandview Parkway, Suite 530
Birmingham, Alabama 35243
Phone:      205-933-9500
Facsimile:  205-977-3431

DOCUMENT 2

## PLEASE SERVE THE DEFENDANTS AT THE FOLLOWING ADDRESS:

Richard K. Richardson
21481 Darling Road
Pass Christian, Mississippi 39571-9681

Rocking C Truck Lines, Inc.
c/o Vernon A. Clark
10040 Canal Road
Gulfport, Mississippi 39505